IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Christopher Owens; Sherri Hinson; and Lanora Kerns, | ) ) ) | C/A No.: 0:11-1565-MBS-SVH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| Santander Consumer USA, Inc., | ) ) | |
| Defendant. | ) ) ) | |

On August 31, 2011, U.S. Magistrate Judge Joseph R. McCrorey stayed this case pending arbitration upon the parties' joint motion. [Entry #13]. The parties are instructed to submit a status report to the court by March 23, 2012 indicating the status of the arbitration and whether this matter may be dismissed or the stay should be lifted.

IT IS SO ORDERED.

March 9, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge